Spencer THORPE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9734.

Circuit Court of Appeals, Ninth Circuit.

June 4, 1941.

Mackay, McGregor & Reynolds, of Los Angeles, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and S. Key, Sp. Asst. to Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

UNITED STATES of America v. Harold N. SONNER.

No. 8984.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Frederic W. Johnson and Joseph M. LeMense, both of Cincinnati, Ohio, for the United States.

Charles J. Brennan, of Dayton, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellant, accompanied by certificate of the clerk of the District Court as required by rule 19, on consideration whereof, it is now ordered that the appeal be and the same is hereby docketed, and dismissed costs to be charged against the Government as constructive earnings.